**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CRISTHIAN IVAN SANTOS DIAZ and
EDGAR OMAR ALVARADO MALDONADO,

Petitioners,

v. CIVIL ACTION NO. 3:26-0671

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners Cristhian Ivan Santos Diaz and Edgar Omar Alvarado Maldonado. ECF No. 1. Respondents acknowledge that the Court's prior decision in *Centeno Pastrana et al, v. Venturella et al*, Civil Action No. 3:26-cv-0486 (ECF No. 35) may be applicable here if the Court adheres to that decision. *See* Response at 2, ECF No. 9. Respondents further believe this matter can be decided without a hearing. *See id.* Petitioners likewise have no objection to this Court granting their

requested relief prior to the filing of a reply brief and without hearing, to the extent this Court finds the present record sufficient to do so. *See* Notice at 1, ECF No. 12.

Accordingly, the Show Cause Hearing scheduled for **Thursday, October 22, 2026, at 4:00 PM**, shall be **CONTINUED**.

The Court will reassess whether a hearing is necessary after Petitioners file a reply brief, if any, due **Thursday, October 22, 2026, at 9:00 AM**, as previously ordered.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 21, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE